**R.L. BATES GENERAL CONTRACTOR PAVING & ASSOCIATES, INC., Appellant,**

v.

**John McHUGH, Secretary of the Army, Appellee.**

No. 2010–1313.

United States Court of Appeals, Federal Circuit.

June 10, 2011.

Kevin M. Cox, Camardo Law Firm, PC, of Auburn, NY, argued for the appellant.

William J. Grimaldi, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for the appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director. Of counsel was Sameer P. Yerawadekar, Attorney.

RADER, Chief Judge, LINN, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.